IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LINDA R., § § §  Plaintiff, § § v. § § No. 4:25-CV-1003-O-BW § FRANK BISIGNANO, § Commissioner of Social Security, § § Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Commissioner's March 9, 2026 Unopposed Motion to Reverse with Remand and Enter Judgment is **GRANTED**, and the Court will enter a separate judgment reversing the Commissioner's decision and remanding this case for further proceedings.

**SO ORDERED** on this 12th day of March, 2026.

_Reed O'Connor_
CHIEF UNITED STATES DISTRICT JUDGE